IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 5:05-CR-5-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LARRY SESSION | ) | |
| | ) | |
| Defendant. | ) | |

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(**X**)  The filing entitled "Motion for reconsideration 18 U.S.C. 3742(e) post - sentencing rehabilitation programming" was not signed or did not have an original signature.

( )  Other:

Defendant is DIRECTED to correct the deficiencies listed above and return the corrected papers within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this motion without prejudice for failure to prosecute.

SO ORDERED, this 29th day of January, 2015.

_____
James E. Gates
United States Magistrate Judge